SHORT RECORD
No. 20-2280
Filed 7/16/2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **WESLEY IRA PURKEY,** | CIVIL ACTION |
| Petitioner, | |
| | Case No.: 2:20-cv-00365-JRS-DLP |
| v. | |
| | DEATH PENALTY CASE |
| **WARDEN OF USP TERRE HAUTE, UNITED STATES OF AMERICA,** | EXECUTION SCHEDULED FOR July 16, 2019 4:30 a.m. EST |
| Respondents. | **NOTICE OF APPEAL** |

Wesley Ira Purkey hereby gives notice of his appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment filed in this action on July 16, 2019, dispensing of the claim and request for a stay of execution.

Respectfully submitted this 16th day of July, 2020.

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
Email: rewlaw@outlook.com

By s/Rebecca E. Woodman
Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2020, I electronically transmitted the foregoing Notice of Appearance to the Clerk's office using the CM/ECF System for filing.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By s/Rebecca E. Woodman

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **WESLEY IRA PURKEY,** | CIVIL ACTION |
| Petitioner, | |
| | Case No.: |
| v. | |
| | DEATH PENALTY CASE |
| **WARDEN OF USP TERRE HAUTE, UNITED STATES OF AMERICA,** | EXECUTION SCHEDULED FOR July 16, 2019 4:30 a.m. EST |
| Respondents. | |

**PETITIONER'S DOCKETING STATEMENT**

Pursuant to Seventh Circuit Rule 3(c)(1) Petitioner submits this docketing statement for his appeal.

**JURISDICTION OF THE DISTRICT COURT**

The District Court had jurisdiction over this matter under 28 U.S.C. § 2241 and 28 U.S.C. § 1651.

**JURISDICTION OF THE COURT OF APPEALS**

This appeal is taken from the order of the United States District Court for the Southern District of Indiana on July 16, 2020 denying the motion for stay. The Court of Appeals has jurisdiction pursuant F.R.A.P. 8, 28 U.S.C. § 2241 and 28 U.S.C. § 1651 (all writs), and 28 U.S.C. § 1292. The notice of appeal was filed on July 16, 2020.

3

**PRIOR or RELATED APPEALATE PROCEEDINGS**

Pursuant to the Seventh Circuit Rule 22(a), Wes Purkey, filed an appeal before the U.S. Court of Appeals for the Seventh Circuit.  *See Purkey v. United States*, No. 19-3318, 2020 WL 3958442 (7th Cir. July 13, 2020) (denying Respondent-Appellees' motion for reconsideration).

Respectfully submitted this 16th day of July, 2020.

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
Email:  rewlaw@outlook.com

By s/Rebecca E. Woodman
Counsel for Petitioner

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2020, I electronically transmitted the foregoing Notice of Appearance to the Clerk's office using the CM/ECF System for filing.

By s/Rebecca E. Woodman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                       )
                                         )
                    Petitioner,          )
                                         )
          v.                             )        No. 2:20-cv-00365-JRS-DLP
                                         )
WARDEN, et al.                           )
                                         )
                    Respondents.         )

**Order Denying Motion for Preliminary Injunction**

Petitioner Wesley Purkey was scheduled to be executed yesterday, July 15, 2020, at the

United States Penitentiary in Terre Haute, Indiana (USP – Terre Haute) at 7:00 p.m. Shortly after

5:00 a.m., on July 15 the District Court for the District of Columbia enjoined Mr. Purkey's

execution based on Mr. Purkey's claim of incompetence to be executed under *Ford v. Wainwright*,

477 U.S. 399 (1986). *Purkey v. Barr, et al.*, No. 1:19-cv-3570, dkt. 36 (D.D.C. July 15, 2020). The

government appealed and sought a stay of the district court's judgment. The United States Circuit

Court for the District of Columbia denied the government's motion to stay, holding that the

government had not shown a strong likelihood of success on appeal. *Purkey v. Barr, et al.*, No. 20-

5207, dkt. 1851927 (D.C. Cir. July 15, 2020). In the early morning today, July 16, the Supreme

Court lifted the stay in a summary order, with four justices dissenting. *Barr v. Purkey*, 591 U.S.

___, No. 20A9 (2020).

Based on the Supreme Court's denial and a review of the applicable law, the Court

concludes that Mr. Purkey should have filed this action as a § 2241 petition in this Court originally,

instead of a civil rights action in the United States District Court for the District of Columbia. His

calculated forum choice has disrupted the orderly proceedings of this case, allowing him to delay

in one court with ensuing appeals, and then file substantially the same claims in another court with a further round of appeals surely to follow. This is an abuse of the writ. Moreover, it violates the principle that "we ought not to have a procedural system where challenges to a conviction can go on endlessly." *Barr v. Purkey*, 591 U.S. ___, No. 20A9, at *3 (2020) (Breyer, J., dissenting). Accordingly, Mr. Purkey cannot make the required showing of a strong likelihood of success on his claim.

It is lamentable that counsel's procedural gamesmanship may have prevented a substantive review of Mr. Purkey's *Ford* claim as it should have been presented. But a stay of execution is an extraordinary remedy, and the Court must consider the equities before granting relief. Despite the risk of irreparable harm to Mr. Purkey, the balance of equities do not weigh in his favor.

Mr. Purkey's motion for stay of execution, dkt. [2], is **denied**.

**IT IS SO ORDERED.**

Date: 7/16/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

# *** PUBLIC DOCKET ***

APPEAL,HABEAS

**U.S. District Court**
**Southern District of Indiana (Terre Haute)**
**CIVIL DOCKET FOR CASE #: 2:20-cv-00365-JRS-DLP**

PURKEY v. WARDEN et al
Assigned to: Judge James R. Sweeney II
Referred to: Magistrate Judge Doris L. Pryor
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 07/16/2020
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**WESLEY IRA PURKEY**                      represented by   **Rebecca Ellen Woodman**
REBECCA E. WOODMAN,
ATTORNEY AT LAW, L.C.
1263 W. 72nd Ter.
Kansas City, MO 64114
789-979-3672
Email: rewlaw@outlook.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**WARDEN**                                 represented by   **Shelese M. Woods**
*Of USP Terre Haute*                                        UNITED STATES ATTORNEY'S
OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Fax: (317) 226-5027
Email: shelese.woods@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**MICHAEL CARVAJAL**                       represented by   **Shelese M. Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**WILLIAM BARR**                           represented by   **Shelese M. Woods**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2020 | 1 | PETITION for Writ of Habeas Corpus, filed by WESLEY IRA PURKEY. (No fee paid with this filing) (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 2 | MOTION TO STAY EXECUTION PENDING FINAL DISPOSITION ON THE MERITS, filed by Petitioner WESLEY IRA PURKEY. (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 3 | NOTICE OF RELATED ACTION, filed by Petitioner WESLEY IRA PURKEY (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 4 | NOTICE of Reassignment of Case to Magistrate Judge Doris L. Pryor. Magistrate Judge Mark J. Dinsmore is no longer assigned to this case. Please include the new case number, **2:20-cv-00365-JRS-DLP**, on all future filings in this matter. (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 5 | NOTICE of Appearance on behalf of WILLIAM P. BARR; MICHAEL CARVAJAL, WARDAN (Woods, Shelese) Modified on 7/16/2020 - added names of parties (RSF). (Entered: 07/16/2020) |
| 07/16/2020 | 6 | EXHIBIT A in Support of Motion re 2 MOTION to Stay, filed by Petitioner WESLEY IRA PURKEY. (Attachments: # 1 Ex. B, # 2 Ex. C, # 3 Ex. D, # 4 Ex. E, # 5 Ex. F, # 6 Ex. G, # 7 Ex. H, # 8 Declaration of Woodman, # 9 Declaration of Hyde)(RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 7 | Order Directing Parties to File Supplemental Memoranda - The parties are directed to brief two issues: (1) whether there has been a "'substantial threshold showing'" of incompetence to warrant a competency hearing and (2) whether the Court should deny the motion for preliminary injunction based on Mr. Purkey's failure to bring this action originally as a § 2241 petition. Each party shall have through 4:05 a.m. today, July 16, 2020, to file their briefs as directed. Signed by Judge James R. Sweeney II on 7/16/2020.(RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 8 | Brief re 7 Order by WESLEY IRA PURKEY. (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 9 | RESPONSE in Opposition re 2 MOTION to Stay . (Attachments: # 1 Exhibit Supreme Court Order, # 2 Exhibit Supreme Court Order, # 3 Exhibit Supreme Court Order)(Woods, Shelese) (Entered: 07/16/2020) |
| 07/16/2020 | 10 | SEALED *Declaration in Support*, re 9 Response in Opposition to Motion. (Woods, Shelese) (Entered: 07/16/2020) |
| 07/16/2020 | 11 | Submission *of Declaration in Support of Resp in Opposition to Motion to Stay.* (Woods, Shelese) (Entered: 07/16/2020) |
| 07/16/2020 | 12 | Submission *of Declaration in Support of Resp. in Opposition to Motion to Stay.* (Woods, Shelese) (Entered: 07/16/2020) |

| | | |
|---|---|---|
| 07/16/2020 | 13 | Order Directing Stay of Execution - The Court has considered the relevant factors and finds that a short stay of execution is warranted while the Court considers Mr. Purkey's petition and motion for preliminary injunction. Accordingly, the respondent is preliminary enjoined from executing Mr. Purkey absent further order of the Court. The Court does not anticipate this stay being in place for more than 1 hour without a further order. Signed by Judge James R. Sweeney II on 7/16/2020.(RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 14 | ORDER - denying 2 Motion to Stay. It is lamentable that counsel's procedural gamesmanship may have prevented a substantive review of Mr. Purkey's Ford claim as it should have been presented. But a stay of execution is an extraordinary remedy, and the Court must consider the equities before granting relief. Despite the risk of irreparable harm to Mr. Purkey, the balance of equities do not weigh in his favor. (See Order.) Signed by Judge James R. Sweeney II on 7/16/2020. (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 15 | NOTICE OF APPEAL as to 14 Order on Motion to Stay, filed by Petitioner WESLEY IRA PURKEY. (No fee paid with this filing) (RSF) (Entered: 07/16/2020) |
| 07/16/2020 | 16 | PARTIES' SHORT RECORD re 15 Notice of Appeal (RSF) (Entered: 07/16/2020) |

**Case #: 2:20-cv-00365-JRS-DLP**