# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 16, 2020

**To:** Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 20-2280

Caption:
WESLEY IRA PURKEY,
Petitioner - Appellant

v.

WARDEN, USP TERRE HAUTE, et al.,
Respondents - Appellees

District Court No: 2:20-cv-00365-JRS-DLP
Clerk/Agency Rep Roger A. G. Sharpe
District Judge James R. Sweeney

Date NOA filed in District Court: 07/16/2020

If you have any questions regarding this appeal, please call this office.