# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

July 16, 2020

*By the Court:*

| | |
|---|---|
| No. 20-2280 | WESLEY IRA PURKEY,<br>Petitioner - Appellant<br><br>v.<br><br>WARDEN, USP TERRE HAUTE, et al.,<br>Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00365-JRS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney |

Petitioner-Appellant filed this appeal of a district court order denying a stay of execution of his sentence and filed motions seeking a stay of execution pending appeal. Appellant's sentence has been carried out rendering the motions and the appeal moot. Accordingly,

**IT IS ORDERED** that all pending motions are **DENIED** and this appeal is **DISMISSED** as moot.

form name: **c7_Order_BTC**(form ID: **178**)